Richard Salkow, Esq. (SBN 204572)
SALKOW LAW
11620 Wilshire Boulevard
Suite 900-012
Los Angeles, CA 90025
Tel: (310) 914-8484
Fax: (310) 914-0079

Attorneys for Plaintiff(s), Angela McDowell and Ronald McDowell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 3:07cv1607 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| ANGELA MCDOWELL and RONALD MCDOWELL,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), Angela McDowell and Ronald McDowell and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: August 31, 2009

SALKOW LAW

By: [signature]
Richard Salkow
Attorneys for Plaintiff(s), Angela McDowell and Ronald McDowell

DATED: Oct. 22, 2009

DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

[signature]
Hon. Charles R. Breyer
United States District Court